**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

95-30087

_____

CAJUN ELECTRIC POWER CORPORATIVE,
INC.,

                                        Plaintiff-Appellant,

                    versus

GULF STATES UTILITIES COMPANY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
(91-CV-1091)

_____

(September 29, 1995)

Before REAVLEY, JOLLY, and WIENER, Circuit Judges:

PER CURIAM[*]

In this appeal from the district court's grant of a preliminary injunction in favor of Defendant-Appellee Gulf States Utilities Company, we have now reviewed the applicable facts and law as presented to us by able counsel in their outstanding briefs and in their oral arguments before the court, and have deliberated on the pertinent points raised in this appeal within the framework

---

[*]Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

of the long-standing, multi-faceted litigation that continues between the parties and others in the district court. As a result, we are satisfied that the district court did not abuse its discretion in granting the subject injunction, and we therefore AFFIRM